JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SANCHEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMPLIFY ENERGY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 26-8651-MWF(DMKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CLASS CLAIMS, SUBMIT INDIVIDUAL CLAIMS TO ARBITRATION, AND STAY ACTION PENDING INDIVIDUAL ARBITRATION** |

The Court has reviewed and considered the Parties' Joint Stipulation to Dismiss Class Claims, Submit Individual Claims to Arbitration, and Stay Action Pending Individual Arbitration (the "Stipulation"). (Docket No. 11). For good cause shown, the Court GRANTS the Stipulation and ORDERS that:

1. Plaintiff's putative class claims as alleged in the Complaint are DISMISSED without prejudice.
2. Plaintiff's individual claims as alleged in the Complaint shall be submitted to final and binding arbitration pursuant to the Arbitration Agreement, on an individual basis.
3. Plaintiff shall submit his individual claims as alleged in the Complaint

to final and binding arbitration via JAMS within thirty (30) calendar days of entry of this Order.

4. The Action shall be STAYED pending completion of the arbitration or other resolution of Plaintiff's individual claims.
5. The Scheduling Conference on October 14, 2026, is VACATED.
6. Plaintiff does not waive, and expressly retains, any and all rights available under California Code of Civil Procedure section 1281.97, 1281.98, 1281.99, including the right to withdraw his claims from arbitration and proceed in court should Defendant fail to timely pay any arbitration fees or costs as required by those statutes.
7. The Parties will endeavor to select an arbitrator with availability to conduct the arbitration within one year of the parties' preliminary arbitration conference.
8. The Parties shall file a joint status report every 120 days, or within ten days of any arbitration award or other resolution of this action. The first joint status report shall be filed no later than **January 12, 2027**.
9. The Clerk of Court shall administratively close this action and vacate all pending deadlines.

IT IS SO ORDERED.

Dated: September 14, 2026

MICHAEL W. FITZGERALD
United States District Judge